September 9, **13**, 2026

Taib Ibrahim

Pro-Se Litigant

Taib89@gmail.com

(347) 581-3078

Plaintiff Taib Ibrahim

540 Jerome Street

Brooklyn, NY 11207

347-581-3078

VIA ECF

Magistrate Judge J. Brendan Day

United States District Court

District of New Jersey

402 East State Street

Trenton, NJ 08608

Re: *Taib Ibrahim v. Salil Parekh and Infosys Limited Inc.*

Case #: 3:24-cv-09001-MAS-JBD

Dear Magistrate Judge Day:

Defendant Infosys docket #**88** **for the insidious implicit Jim Crow/McCarthy/Red Scare era** request pursuant to the Court's Pretrial Scheduling Order (Dkt. **41**) and Judge Brendan Day's Case Management Order, the District Court of NJ **should not** attempt to close discovery and set a schedule for dispositive motion practice to **appease** defendant law firm Faegre Drinker Biddle & Reath LLP on behalf of Infosys for the following reasons of not utilizing **bigotry barriers** towards me **based on the fact that NJ was last northern state to abolish slavery**. **1)** In docket #**42-43**, I was targeted with racial/ethnic stereotypes and biases by White/Caucasian attorneys Clayton Daniel Harvey and Terran C. Chambers in which I responded in docket #**48** about the communications between Infosys Public Services Indian employee Samira between 6/2025-9/2025 that has **never** been substantiated as valid allegations by assuming I would **attack people** and being accused of being **vexatious**. **2)** For docket #**59** from law firm Morgan Lewis representing Bank of America (BOFA) for the multiple BOFA projects I was placed on while employed at Infosys **did not** specify that Indian Infosys HR Rituparna Das was authorized to

make work performance allegations based on **the** Infosys botched **171 pages** of the discovery documents produced. These 171 pages of discovery documents are only **deceptions/concealment of facts** due to my race, ethnicity, national origin, gender, genetic information and age as an African American from the African diaspora. The repeated deceptions, and **misrepresentation/concealment** of facts tactics by White/Caucasian attorneys Clayton Daniel Harvey, Terran C. Chambers, Samantha M. Rollins Murphy, etc., as defendant **attorneys** from Faegre Drinker Biddle & Reath LLP are occurring since they feel entitled/privileged to disregard FRCP **11, 16, 26(g), 37**, **Rules of Professional Conduct 3.4(d)** and **8.4(c)** through repeatedly engaging in **dishonest conduct** that was been resurging overtly since around September 2025. Ethical discovery of facts through an authorized **subpoenas duces tecum**, **Rule 801**, **FRCP 34**, **FRCP 45**, and my Human, Inalienable and Constitutional Rights along with the Equal Protection clause, etc., **has never** occurred that White/Caucasian Bank of America N.A. CEO Brian Moynihan, White/Caucasian Goldman Sachs CEO David M. Solomon, White/Caucasian CVS Health CEO David Joyner, and White/Caucasian UBS Bank CEO Sergio P. Ermotti **has not** approved along with the other client projects I was placed on while employed at Infosys from 11/20/2017 through 6/9/2023.

**Third**, for dockets #**60** and **64** I expressed not being able to complete fact discovery by email on 1/5/2026 for **the** joint status letter due to **the** unfortunate cause**s** of the **distortion** and **deflections** from facts. I also then addressed health issues on docket #**65** minutes entry about having health issues for the status court conference on 1/8/*2026*. Docket **#66**, defendant Infosys attorney Clayton Harvey continued with the misrepresentation of facts on 2/17/2026 by making false racial allegation assumptions by stating Plaintiff's refusal to complete written discovery. Then addressing the need of having a status conference despite having produced several hundreds **more pages** of discovery documents than the **171 pages** produced by Infosys dishonesty that correlates to the purpose of the **Fraudulent Concealment Doctrine**. Moreover, in docket #**67-68** defendant *attorney* Clayton Daniel Harvey assumed I was idle on 2/5-6, 2/9-10 and 2/16th of 2026 for written discovery when I had provided 790 pages of factual documents that were answers to written interrogatories concerns raised on 1/13/26 between 7/18/2025-10/17/2025 for initial discovery request. Infosys defendant attorney's misrepresented facts by **wasting time** and **resources** saying that on 3/6/2026 deposition would be in person despite we had already discussed on **8/28/2025 via email** that all dispositions will be done by Zoom. I did provide answers to interrogatories questions 7-16 while having health challenges on 2/18/2026 for email subject "Interrogatory Answers" for the 2/23/2026 court status conference. On 2/18/2026 Terran C. Chambers never confirmed while she was **wasting time** explaining that she will exchange documents for this litigation, but never confirmed when she would actual provide the 171 pages of botch discovery documents Infosys produced without ethical authorization of subpoenas duces tecum, **Rule 801**, **FRCP 34**, **FRCP 45**, and my Human, Inalienable and

Constitutional Rights along with the Equal Protection clause, etc., that White/Caucasian Bank of America N.A. CEO Brian Moynihan, White/Caucasian Goldman Sachs CEO David M. Solomon, White/Caucasian CVS Health CEO David Joyner, White/Caucasian UBS Bank CEO Sergio P. Ermotti and other client projects I was placed on while employed at Infosys have not subscribed or specified their employees/contractors to subscribe to supporting these misrepresentation of facts. The **misrepresentation of facts** from the 171 pages of botch discovery documents Infosys produced in the possession of Faegre Drinker Biddle & Reath LLP defendant attorneys are unsubstantiated biases/stereotypical allegations **which** are due to my race, ethnicity, national origin, gender, genetic information and age which is a waste of time and resources. This **wasted time** and **resources** are based on the fact that prior defendant law firm Littler Mendelson P.C. that represented Infosys until around October of 2024 for this discrimination case by White/Caucasian attorneys Lauren Jill Marcus, Craig Borowski, Kenny Francis, Dimitrios T. Markos, Scott Silverman and others at Littler Mendelson P.C. **has not** made up these racial stereotypes and biases along with misrepresentation of facts and **fictitious/fabricated** allegations to my knowledge at this juncture.

**Fourth,** based on docket #**69** on 2/20/2026, pursuant to court's order docket # 41, an **escalation** of the misrepresentation of facts through fabricated/fictitious racial/ethnic allegations still continuing to be targeted at me with stereotypes and biases because of my race, ethnicity, national origin, gender, genetic information and age for the concealment of facts *from* around September of 2025 from docket 42-43, etc., along with my off and on health issues I experienced more severely as discussed on 1/8/2026. **This** then caused me to raise concerns for adjournment/extensions. These adjournment/extensions are applicable to my Human/Constitutional/Inalienable Rights along with the Federal Rule of Civil Procedure (FRCP) 16(b)(4), which displays **good cause,** irrespective of the fact that I'm an African American male for discovery to stay open for the next four people I need to depose as noted in dockets # 84, 86 (see *Deonarrain v. City of New York, (1:20-cv-06037*, *Matter of Bell v. Pierre, etc.*). This followed by a status court conference on 2/23/2026 for minutes entry docket #**70**. For example, in docket #**71** on 3/9/2026 misrepresentation of facts occurred by defendant law firm Faegre Drinker Biddle & Reath LLP about Infosys client projects I was placed on requesting for my removal from Goldman Sachs, CVS Healthcare, UBS Bank, BOFA, etc., while I was complaining about discrimination by not producing ethical authorized requested documents through subpoenas duces tecum, **Rule 801**, **FRCP 34**, **FRCP 45**, and my Human, Inalienable and Constitutional Rights along with the Equal Protection clause, etc., that White/Caucasian Bank of America N.A. CEO Brian Moynihan, White/Caucasian Goldman Sachs CEO David M. Solomon, White/Caucasian CVS Health CEO David Joyner, White/Caucasian UBS Bank CEO Sergio P. Ermotti **has not** approved. Therefore, 10 depositions which is the default allowable without leave from court based on **FRCP 30(a)(2)(A)(i)** and my **Human, Inalienable** and **Constitutional**

Rights along with the **Equal Protection clause** irrespective of the fact that I'm African American **are not unduly burdensome**. **Hence**, I have repeatedly been the target of **compounded systemic** false stereotypical/bias allegations that *the* third circuit of appeals would recommend for **discovery remaining open** under **FRCP 16, 26(g), 37**, etc. For instance, when attorney Terran C. Chambers attempted to designate Kimberly Claiborne who she mentioned as senior employee relations employee as a **FRCP 30(b)(6)** deponent to testify. However, Kimberly Claiborne confirmed **twice** under oath to White/Caucasian NJ Superior judge John E. Bruder on 2/3/2025 and on 5/1/2026 while being deposed that she started Infosys in **April of 2020**. My employment at Infosys started November 20, 2017. Terran C. Chambers also **misrepresented facts** about stating India Infosys HR Rituparna Das is located in India, but while I worked at Infosys, I knew Rituparna Das was in the NY/NJ area since she worked in the Infosys NYC office. Plus, on 8/12/2026 for email subject "**Upcoming Depositions**" Terran C. Chambers said Rituparna Das is no longer an employee with Infosys and **did not** state that Ms. Das is not located in the USA. Terran C. Chambers never confirmed since 8/12/2026 if Rituparna Das would be available for September 1st or 8th 2026. Terran C. Chambers only mentioned White/Caucasian Infosys HR Sheila Cernicka availability based **on the fact that** Ms. Chambers was **unavailable** between March 9-11, 2026 for me to conduct 10 depositions due to traveling to California based on **the** 2/26/2026 for email subject "Plaintiff's Amended Notice of Taking Deposition.". Terran C. Chambers botched 171 **pages of** discovery documents produced by Infosys without **exculpatory evidence beyond a reasonable doubt** and **Alibi Proof** also led Ms. Chamber's to state Infosys HR conducted a thorough investigation and during my last project removal since I did not assign myself a new project for several weeks so therefore, my employment ended. This is different from what Terran C. Chambers verbalized on the status conference calls on why my employment ended at Infosys during 2/23/2026, 4/13/2026 and 7/28/2026 status conferences along with other status conferences. Hence, it's **absolutely nothing** unwieldy scope, unduly burdensome and unproportional to this case *for the* **repeated misrepresentation of facts** by defendant attorney for me seeking **10 depositions** as an African American based on the *tolling the statute of limitation* via the "**Discovery Rule**" based on defendant attorneys utilizing the unethical legal tactics based on the **Fraudulent Concealment Doctrine**.

**Fifth**, in docket # **72**, on 3/24/26 I explained in a letter in detail why discovery remaining open by adjusting scheduling order is supposed to occur in accordance with **FRCP 11, 16(b)(4), 26(g) and 37, etc.,** along with my Human, Inalienable and Constitutional Rights. Plus, I provided factual evidence screenshots on pages 8-15 **in docket # 72** for the next four additional depositions as mentioned in dockets #84, 86 **based on the court's response in docket #81**. Docket #**73**, text order by **the** NJ District court on 3/30/2026 saying it reviewed plaintiff's letter dated 3/23/2026 and will schedule a conference for 4/13/2026. Then in docket #**74**, on

4/8/2026 attorney Terran C. Chambers continued misrepresenting facts again **by** trying to only designate Kimblery Claiborne and then restating again that Infosys HR Rituparna Das is located in India for her conservative racially erroneous objections to ten depositions. Terran C. Chambers and Clayton Daniel Harvey also responded with some racially erroneous objections to the interrogatories I provided to them on 2/18/2026 for email subject interrogatory answers. This then follows by docket #**79**, when on 5/13/2026 Terran C. Chambers continues **deliberately advocating** for the misrepresenting facts through distorting/fabricating events that transpired for my employment at Infosys from 11/20/**2017** through 6/9/2023 by not complying with **FRCP 11** and **37** and **Rules of Professional Conduct 3.4(d)** (failing to comply with ethical discovery of facts) and **8.4(c)** (engaging in dishonest or deceitful conduct) for not having authorized subpoenas duces tecum. Moreover, defendant attorneys at law firm Faegre Drinker Biddle & Reath LLP, continues to not following **Rule 801**, **FRCP 34**, **FRCP 45**, and my Human, Inalienable and Constitutional Rights along with the Equal Protection clause, etc., that White/Caucasian Bank of America N.A. CEO Brian Moynihan, White/Caucasian Goldman Sachs CEO David M. Solomon, White/Caucasian CVS Health CEO David Joyner, and White/Caucasian UBS Bank CEO Sergio P. Ermotti **has not** approved along with the other client projects I was placed on (See *Ohio State Bar v. Moody, attorneys*).

**Sixth,** in docket #**80** **and 82** on 5/14/2026 **and 7/21/2026** I continued to outline how depositions taken of White/Caucasian Infosys HRs Tracy Campagnano and Kimberly Claiborne in which defense attorney's at Faegre Drinker Biddle & Reath LLP non-compliance with **FRCP 11** and **37** by their **aggressive advocacy** of the **deliberate** misrepresentation of facts. Plus, the White/Caucasian Infosys defendant attorneys Clayton Daniel Harvey, Terran C. Chambers and Samantha M. Rollins Murphy, etc., are engaging in **Fraudulent Concealment** to the extend by trying *to toll legal deadlines* for discovery for them knowing that as an African American male plaintiff, I have a **viable claim** that led to financial settlement discussions between 1/10-1/12/2024 and 8/6/2024-9/3/2024 by former Infosys defendant law firm Littler Mendelson P.C. that White/Caucasian Superior Court of NJ judge John E. Bruder encouraged (See *Babcok v. State Farm, Regents of University of California v. Superior Court, Margaret Kleinman, ESQ. VS. Hackensack University Medical Center, ET AL. (N.J. Super . Ct. App. Div. 2024*). Then in docket #**83-84** **on 7/27/2026**, I thoroughly explained why for the next four people to take depositions would include Indian Infosys HR Rituparna Das, White/Caucasian Infosys HR Sheila Mae Cernicka, Indian Infosys manager Safalya Mohanta and Indian Infosys employee Puneet Kumar Mody which is allowable by **FRCP 30(a)(2)(A)(i)**, irrespective **of the fact** that I'm African American. This followed by docket #**85** for the 7/28/2026 status conference on 7/28/2026 for the racially erroneous conservative dialogue targeted at me for attempts to continue **misrepresenting** and **concealing facts** based on my race, ethnicity, national origin, gender, genetic information and age as a non-light skin black African American male for the next four

additional depositions by noncompliance with **FRCP 37** and "**Fraud on the Court**" Doctrine through **bigotry barriers** on behalf of global White Supremacy.

**Seven**, docket #**86** outlines on 8/13/2026 on pages **7-21** showing exhibits from communications of the next four people I need to take depositions *of* based on **FRCP 30(a)(2)(A)(i)** and the **misrepresentation/concealment** of facts by *tolling the statute of limitation* via the "**Discovery Rule**", noncompliance of **FRCP 11, 16(b)(4), 26(g) and 37, etc.,** and continued **Fraudulent Concealment** that White/Caucasian Bank of America N.A. CEO Brian Moynihan, White/Caucasian Goldman Sachs CEO David M. Solomon, White/Caucasian CVS Health CEO David Joyner, White/Caucasian UBS Bank CEO Sergio P. Ermotti and other client projects I was placed on while employed at Infosys have not subscribed to or specified their employees/contractors or that **judges** should subscribe to supporting these **civil conspiracy discovery deception** tactics I have been the target *of* because I'm African American that started **resurging** overtly since around September of 2025.

In conclusion, based on the repeated pattern of the **misrepresentation/concealment** of facts by *tolling the statute of limitation* via the "**Discovery Rule** that defendant law firm Faegre Drinker Biddle & Reath LLP has been plotting/scheming in an overt manner since September 2025, the **U.S. Court of Appeals for the Third Circuit** and **higher judges** do not recommend that federal magistrate judges engage in **judicial impropriety/malfeasance** out of impulsive anger to close discovery and set a schedule for dispositive motion practice to appease **slave owning plantation beneficiary** defendant law firm Faegre Drinker Biddle & Reath LLP on behalf of Infosys.

Taib Ibrahim

*Taib Ibrahim*